UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-21521-DPG

HOWARD MICHAEL CAPLAN,

      Plaintiff,

vs.

THE COLLISION CENTER INC., a Florida Profit Corporation and MARC D. JACOBSON, an Individual,

      Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE

Plaintiff, HOWARD MICHAEL CAPLAN, by and through undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby files a Notice of Voluntary Dismissal of this Action with Prejudice.

Dated this June 10, 2024.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com
Attorney for Plaintiff, HOWARD MICHAEL CAPLAN

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:24-cv-21521-DPG

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

THE COLLISION CENTER INC., a Florida Profit Corporation and MARC D. JACOBSON, an Individual,

    Defendants.
_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on June 10, 2024, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., # 757
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com
Attorney for Plaintiff

## SERVICE LIST:

HOWARD MICHAEL CAPLAN vs. THE COLLISION CENTER INC., a Florida Profit Corporation and MARC D. JACOBSON, an Individual

United States District Court Southern District of Florida

Case No. 1:24-cv-21521-DPG

**THE COLLISION CENTER INC.**

**REGISTERED AGENT:**

LOPEZ, ROBERTO
611 SW 71 AVENUE
MIAMI, FL 33144

**VIA U.S. MAIL**

**MARC D. JACOBSON**

115 E RIVO ALTO DR
MIAMI BEACH, FL 33139

**VIA U.S. MAIL**